JS 44C/SDNY
RPV. 4/2014

CIVIL COVER SHEET **15 CV 1204**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

JUDGE SCHEINDLIN

FEB 1 9 2014

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Dina Ann Comolli, Christine Holliday, and Sandra Williams | Huntington Learning Center, Inc., Huntington Learning Corporation, Huntington Mark, LLC, Huntington Advertising Fund, Inc. |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Rhett O. Millsaps II, Law Office of Rhett O. Millsaps II<br>745 Fifth Ave., Ste. 500, New York, NY 10151<br>Tel: 646-535-1137 | Thomas O. Johnston, Esq., Porzio, Bromberg & Newman, P.C.<br>156 West 56th Street, Ste. 803, New York, NY 10019<br>Tel: 212-265-6888 (Attorneys for Huntington Learning Center, Inc., Huntington Learning Corporation, and Huntington Mark, LLC<br><br>Joseph T. Moldovan, Esq., Morrison Cohen LLP<br>909 Third Ave., New York, New York 10022<br>Tel: 212-735-8603 (Attorneys for Huntington Advertising Fund, Inc.) |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [X] Yes [ ] Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE? No [X] Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)            NATURE OF SUIT

                                                                    ACTIONS UNDER STATUTES

| TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [ ] 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLAIMS |
| **CONTRACT** | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 110 INSURANCE | [ ] 315 AIRPLANE PRODUCT LIABILITY | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | | [ ] 410 ANTITRUST |
| [ ] 120 MARINE | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | [ ] 690 OTHER | [ ] 430 BANKS & BANKING |
| [ ] 130 MILLER ACT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | | **PROPERTY RIGHTS** | [ ] 450 COMMERCE |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 340 MARINE | **PERSONAL PROPERTY** | [ ] 820 COPYRIGHTS | [ ] 460 DEPORTATION |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 345 MARINE PRODUCT LIABILITY | [ ] 370 OTHER FRAUD | [ ] 830 PATENT | [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 151 MEDICARE ACT | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | [ ] 840 TRADEMARK | [ ] 480 CONSUMER CREDIT |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | **SOCIAL SECURITY** | [ ] 490 CABLE/SATELLITE TV |
| | [ ] 360 OTHER PERSONAL INJURY | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 861 HIA (1395ff) | [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | | [ ] 862 BLACK LUNG (923) | |
| [ ] 160 STOCKHOLDERS SUITS | | **PRISONER PETITIONS** | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 OTHER STATUTORY ACTIONS |
| [ ] 190 OTHER CONTRACT | | [ ] 463 ALIEN DETAINEE | [ ] 864 SSID TITLE XVI | [ ] 891 AGRICULTURAL ACTS |
| [ ] 195 CONTRACT PRODUCT LIABILITY | **ACTIONS UNDER STATUTES** | [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 865 RSI (405(g)) | [ ] 893 ENVIRONMENTAL MATTERS |
| [ ] 196 FRANCHISE | **CIVIL RIGHTS** | [ ] 530 HABEAS CORPUS | **LABOR** | [ ] 895 FREEDOM OF INFORMATION ACT |
| | [X] 440 OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 535 DEATH PENALTY | [ ] 710 FAIR LABOR STANDARDS ACT | **FEDERAL TAX SUITS** |
| | | [ ] 540 MANDAMUS & OTHER | [ ] 720 LABOR/MGMT RELATIONS | [ ] 870 TAXES (U.S. Plaintiff or Defendant) |
| **REAL PROPERTY** | [ ] 441 VOTING | | [ ] 740 RAILWAY LABOR ACT | [ ] 871 IRS-THIRD PARTY 26 USC 7609 |
| [ ] 210 LAND CONDEMNATION | [ ] 442 EMPLOYMENT | **PRISONER CIVIL RIGHTS** | [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | [ ] 896 ARBITRATION |
| [ ] 220 FORECLOSURE | [ ] 443 HOUSING/ ACCOMMODATIONS | [ ] 550 CIVIL RIGHTS | [ ] 790 OTHER LABOR LITIGATION | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR DECISION |
| [ ] 230 RENT LEASE & EJECTMENT | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 555 PRISON CONDITION | [ ] 791 EMPL RET INC SECURITY ACT | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 240 TORTS TO LAND | | [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT | | |
| [ ] 245 TORT PRODUCT LIABILITY | [ ] 446 AMERICANS WITH DISABILITIES-OTHER | | **IMMIGRATION** | |
| [ ] 290 ALL OTHER REAL PROPERTY | [ ] 448 EDUCATION | | [ ] 462 NATURALIZATION APPLICATION | |
| | | | [ ] 465 OTHER IMMIGRATION ACTIONS | |

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____ OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

**(PLACE AN x IN ONE BOX ONLY)** — **ORIGIN**

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

**(PLACE AN x IN ONE BOX ONLY)** — **BASIS OF JURISDICTION** — *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [X] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X]$^1$ | [ ]$^1$ | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]$^3$ | [ ]$^3$ | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]$^5$ | [X]$^5$ |
| CITIZEN OF ANOTHER STATE | [ ]$^2$ | [ ]$^2$ | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]$^4$ | [ ]$^4$ | FOREIGN NATION | [ ]$^6$ | [ ]$^6$ |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Christine Holliday, 366 Amsterdam Ave., # 134, New York, New York – New York County
Dina Ann Comolli (Address not listed in Complaint filed in State Court) – Queen County
Sandra Williams (Address not listed in Complaint filed in State Court) – Kings County

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Huntington Learning Center, Inc., Huntington Learning Corporation, Huntington Mark, LLC
496 Kinderkamack Road, Oradell, New Jersey 07649

Huntington Advertising Fund, Inc., c/o The Corporation Trust Center
1209 Orange Street, Wilmington, DE 19801

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO: [ ] WHITE PLAINS [X] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE      SIGNATURE OF ATTORNEY OF RECORD      ADMITTED TO PRACTICE IN THIS DISTRICT
                                                [ ] NO
RECEIPT #                                       [X] YES (DATE ADMITTED  Mo. 2  Yr. 2011 )
                                                Attorney Bar Code #  TJ-7895

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)